IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Bankruptcy No. 23-12016-amc |
| JOHN W. MACK, JR., | Chapter 13 |
| Debtor, | |
| CRESCENT BANK & TRUST, | |
| Movant, | |
| V. | |
| JOHN W. MACK, JR., and SCOTT F. WATERMAN, Trustee, Respondents. | |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Crescent Bank & Trust (the "Movant") by and through its undersigned counsel, Bernstein-Burkley, P.C., and in support of its Motion for Relief from the Automatic Stay & Co-Debtor Stay (the "Motion"), represents as follows:

## THE PARTIES

1. Respondent, John W. Mack, Jr. (the "Debtor"), is an adult individual with a place of residence located at 122 Rosemont Avenue, Norristown, PA 19401.

2. Scott F. Waterman is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

## JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301(c) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4. On or about July 7, 2023, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code. 11 U.S.C. § 101, et seq.

6. On or about March 4, 2023, the Debtors purchased a 2020 Nissan Pathfinder, VIN# 5N1DR2AMXLC610636 (hereinafter the "Vehicle"), pursuant to a Retail Installment Sale Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

7. Movant has a secured interest in the 2020 Nissan Pathfinder, VIN# 5N1DR2AMXLC610636, as evidenced by the Certificate of Title attached hereto as **Exhibit B.**

8. The Contract requires monthly payments of 763.44, which amounts are due on or before the 18th of each month. The Debtor is currently in post-petition arrears to Movant in the amount of $3,053.76.

9. The gross balance due on the Contract is $35,465.62.

10. The N.A.D.A. value of the Vehicle is $26,200.00, as evidenced by a copy of the N.A.D.A. report, attached hereto as **Exhibit C**. Therefore, there is minimal equity in the Vehicle.

11. Movant is entitled to relief from the automatic stay because Debtor's failure to make post-petition payments to Movant has resulted in a lack of adequate protection being provided to Movant in the 2020 Nissan Pathfinder, VIN# 5N1DR2AMXLC610636. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Crescent Bank & Trust, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d) granting Movant relief from stay and co-debtor stay with respect to the 2020 Nissan Pathfinder, VIN# 5N1DR2AMXLC610636.

                Respectfully submitted,

                BERNSTEIN-BURKLEY, P.C.

                By: /s/*Keri P. Ebeck*
                Keri P. Ebeck, Esq.
                PA I.D. # 91298
                kebeck@bernsteinlaw.com
                601 Grant Street, 9th Floor
                Pittsburgh, PA 15219
                Phone - (412) 456-8112
                Fax - (412) 456-8135

                *Counsel for Crescent Bank & Trust*

Dated: October 13, 2023